**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**SD/WV Case No.: 2:23-mj-00146**
**SD/CA Case No.: 3:23-cr-01820-2**

**MARCUS HODGE**
**aka "DJ Marko"**

**O R D E R**

On September 7, 2023, came the United States of America by Lesley Shamblin, Assistant United States Attorney, and came the defendant in person and by his counsel, David R. Bungard, Assistant Federal Public Defender, for the purpose of preliminary and detention hearings, as previously ordered by the Court. Also present was Olivya Atik Jones, United States Probation Officer.

Assistant United States Attorney Lesley Shamblin informed the Court that an Indictment has been filed against the defendant in the Southern District of California and that a Summons would be issued for his appearance in that district. Therefore, the preliminary hearing on the previously filed Complaint, being Case No.3:23-mj-03132-2 filed in the United States District Court for the Southern District of California, is no longer necessary and therefore canceled.

Additionally, the United States stated to the Court that it would not be pursing detention at this time. Therefore, the government's motion to withdraw the previously filed Motion for Detention Hearing [ECF No. 2] is **GRANTED.** It is hereby **ORDERED** that the defendant is released from custody forthwith.

The Court advised the defendant that he is to appear in the Southern District of California on the Indictment once he is notified by Summons of the date and time to

appear to answer to the Indictment in Case No. 3:23-cr-01820-2 filed in the United States District Court for the Southern District of California.

It is hereby **ORDERED** that this case be transferred to the Southern District of California, the charging district, for further proceedings. The Clerk of this district is to promptly transmit all documents to the Southern District of California for further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United States Probation Department, the United States Marshals Service, and the Southern District of California.

**ENTER:** September 7, 2023

Dwane L. Tinsley
United States Magistrate Judge